IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITIBANK N.A., | No. C 12-03031 WHA |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE AND VACATING HEARING** |
| DEBORAH A. MATTHEWS, | |
| Defendant. | |

Plaintiff Citibank N.A., filed a motion to remand on July 23, 2012. Pursuant to Civil Local Rule 7-3, defendant's opposition or statement of non-opposition thereto was due August 9. None was received. Defendant Deborah A. Matthews is hereby **ORDERED TO SHOW CAUSE** why the action should not be remanded. Plaintiff must file a written response to this order by **AUGUST 31, 2012**. If no response is filed, plaintiff's motion to remand may be granted. The motion hearing set for September 6, 2012, is hereby **VACATED**. Plaintiff's motion to continue the hearing date is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: August 10, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE