IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CITIBANK N.A.,          No. C 12-03031 WHA

    Plaintiff,

  v.          **NOTICE RE RECENT FILINGS**

DEBORAH A. MATTHEWS,

    Defendant.

      On September 17, 2012, an order issued remanding this action to the Superior Court of Alameda County due to lack of federal subject-matter jurisdiction. On September 18, the Clerk of the Court mailed certified copies of the remand order and docket entries to the Superior Court of Alameda County. The Court has since received several filings from pro se defendant Deborah Matthews (Dkt. Nos. 20 and 21). Once a district court certifies a remand order to state court, it is divested of jurisdiction and can take no further action on the case. *Seedman v. U.S. Dist. Court for Cent. Dist. of California*, 837 F.2d 413, 414 (9th Cir. 1988). Defendant should proceed in state court to litigate the merits of her case and is requested to discontinue filing papers with this Court.

      **IT IS SO ORDERED.**

Dated: October 17, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE