United States District Court
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6

7          FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9    CITIBANK N.A.,                                      No. C 12-03031 WHA

10                    Plaintiff,

11        v.                                             **NOTICE RE RECENT FILINGS**

12   DEBORAH A. MATTHEWS,

13                    Defendant.

14   _____/

15          On September 17, 2012, an order issued remanding this action to the Superior Court of

16   Alameda County due to lack of federal subject-matter jurisdiction.  On September 18, the Clerk

17   of the Court mailed certified copies of the remand order and docket entries to the Superior Court

18   of Alameda County.  The Court has since received several filings from pro se defendant Deborah

19   Matthews (Dkt. Nos. 20 and 21).  Once a district court certifies a remand order to state court, it

20   is divested of jurisdiction and can take no further action on the case.  *Seedman v. U.S. Dist.*

21   *Court for Cent. Dist. of California*, 837 F.2d 413, 414 (9th Cir. 1988).  Defendant should

22   proceed in state court to litigate the merits of her case and is requested to discontinue filing

23   papers with this Court.

24          **IT IS SO ORDERED.**

25

26   Dated:  October 17, 2012.

27                                                       WILLIAM ALSUP
                                                         UNITED STATES DISTRICT JUDGE

28